

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-15-00709-CV

**IN THE INTEREST OF N.F.L.,**

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 14-12-00205CVL
Honorable Melissa Uram-Degerolami, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights. Accordingly, this court must dispose of this appeal no later than 180 days after the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6. The reporter's record for this appeal was due to be filed on November 2, 2015. On November 23, 2015, the reporter filed a notice of late record stating she received notice of the appeal on November 18th and requesting an additional 10 days to prepare the record. The Reporter's Record still has not been filed.

It is therefore ORDERED that the reporter file the records in this court on or before December 21, 2015. **<u>FURTHER REQUESTS FOR EXTENSIONS OF TIME TO FILE THE RECORD WILL NOT BE ALLOWED</u>**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court